# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.G. (a minor, by and through her parent and guardian ad litem, J.G.),<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　　Defendants. | 1: 15-CV-01740 LJO JLT<br><br>SCHEDULING ORDER (Fed. R. Civ. P. 16)<br><br>Pleading Amendment Deadline:  11/1/2016<br><br>Administrative Record Deadlines:<br>　　Filing: 4/25/2016<br>　　Objections to record:  5/10/2016<br><br>Briefs re: Discovery<br>　　Plaintiff's Brief: 5/25/2016<br>　　Defendant's Brief: 6/24/2016<br>　　Plaintiff's Reply:7/5/2016<br><br>Non-Dispositive Motion Deadlines:<br>　　Filing: 11/7/2016<br>　　Hearing: 12/5/2016<br><br>Appeal from Administrative Decision:<br>　　Plaintiff's Brief:  12/19/2016<br>　　Defendant's response:  1/16/2017<br>　　Reply brief:  1/30/2017<br>　　Bench Trial:  3/27/2017 in Courtroom 4 |

**I.　Date of Scheduling Conference**

　　February 23, 2016.

**II.　Appearances of Counsel**

　　Andrea Marcus appeared on behalf of Plaintiff.

1

Darren Bogie, appeared on behalf of Defendants.

### III. Magistrate Judge Consent:

#### Notice of Congested Docket and Court Policy of Trailing

Due to the District Judges' heavy caseload, the newly adopted policy of the Fresno Division of the Eastern District is to trail all civil cases. The parties are hereby notified that for a trial date set before a District Judge, the parties will trail indefinitely behind any higher priority criminal or older civil case set on the same date until a courtroom becomes available. The trial date will not be reset to a continued date.

The Magistrate Judges' availability is far more realistic and accommodating to parties than that of the U.S. District Judges who carry the heaviest caseloads in the nation and who must prioritize criminal and older civil cases over more recently filed civil cases. A United States Magistrate Judge may conduct trials, including entry of final judgment, pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305. Any appeal from a judgment entered by a United States Magistrate Judge is taken directly to the United States Court of Appeal for the Ninth Circuit.

The Fresno Division of the Eastern District of California, whenever possible, is utilizing United States Article III District Court Judges from throughout the nation as Visiting Judges. Pursuant to the Local Rules, Appendix A, such reassignments will be random, and the parties will receive no advance notice before their case is reassigned to an Article III District Court Judge from outside of the Eastern District of California.

Therefore, the parties are directed to consider consenting to Magistrate Judge jurisdiction to conduct all further proceedings, including trial. **Within 10 days** of the date of this order, counsel **SHALL** file a consent/decline form (provided by the Court at the inception of this case) indicating whether they will consent to the jurisdiction of the Magistrate Judge.

### IV. Pleading Amendment Deadline

Any requested pleading amendments are ordered to be filed, either through a stipulation or motion to amend, no later than **November 1, 2016**.

### V. Administrative Record

Plaintiff **SHALL** file the administrative record no later than **April 25, 2016**. Plaintiff need not

2

provide a courtesy paper copy but **SHALL** provide a searchable electronic copy to the chambers of Judge O'Neill.  Objections to the record **SHALL** be filed no later than **May 10, 2016.**

If there is a dispute over the contents of the administrative record, the objecting party **SHALL** confer with the opposing party in a good faith effort to resolve the issues in dispute.  If that good faith effort is unsuccessful, the objecting party **SHALL** promptly seek a telephonic hearing with all involved parties and the Magistrate Judge.  It is the obligation of the objecting party to arrange and originate the conference call to the Court.  To schedule this telephonic hearing, the parties are ordered to contact Courtroom Deputy Clerk, Susan Hall at (661) 326-6620 or via email at SHall@caed.uscourts.gov.

## VI.  Discovery

The parties disagree whether discovery should be allowed.  They agree to brief the issue.  The briefs filed at this time also may seek augmentation of the record.

Plaintiff's brief seeking discovery and/or motion to augment the record **SHALL** be filed **no later than May 25, 2016**.  The brief SHALL set forth with precision the discovery sought and why discovery of this sort should be permitted.  It must be supported by pertinent legal authority.

Defendant's brief opposing discovery and/or motion to augment the record **SHALL** be filed **no later than June 24, 2016**.  Plaintiff's optional reply/opposition to motion to augment the record, if any, **SHALL** be filed **no later than July 5, 2016**.

## VII.  Pre-Trial Motion Schedule

### A.  Non-dispositive motions

All non-dispositive pre-trial motions, including any motions to augment the record[1], shall be filed no later than **November 7, 2016**, and heard on or before **December 5, 2016**.  Non-dispositive motions are heard before the Honorable Jennifer L. Thurston, United States Magistrate Judge at the United States Courthouse in Bakersfield, California.

No written motions shall be filed without the prior approval of the assigned Magistrate Judge.  A party with a discovery dispute must first confer with the opposing party in a good faith effort to resolve by agreement the issues in dispute.  If that good faith effort is unsuccessful, the moving party

---

[1] The parties may file their motion to augment the record either along with the briefing related to whether discovery should be allowed or by the dates set forth here.

promptly shall seek a telephonic hearing with all involved parties and the Magistrate Judge.  It shall be the obligation of the moving party to arrange and originate the conference call to the court.  To schedule this telephonic hearing, the parties are ordered to contact Courtroom Deputy Clerk, Susan Hall at (661) 326-6620 or via email at SHall@caed.uscourts.gov.  **Counsel must comply with Local Rule 251 with respect to discovery disputes or the motion will be denied without prejudice and dropped from calendar.**

In scheduling such motions, the Magistrate Judge may grant applications for an order shortening time pursuant to Local Rule 144(e).  However, if counsel does not obtain an order shortening time, the notice of motion must comply with Local Rule 251.  Counsel may appear and argue non-dispositive motions via CourtCall.

### B. Merits briefing

Plaintiff's brief on the merits SHALL be filed no later than **December 19, 2016** and Defendant's opposing brief SHALL be filed no later than **January 16, 2017**.  Plaintiff's reply, if any, SHALL be filed no later than **January 30, 2017.**

## X.     Trial/Hearing Date

**March 27, 2017** at 8:30 a.m. in Courtroom 4 before the Honorable Lawrence J. O'Neill, United States District Court Judge.

    A.     This is a Court trial.

    B.     Counsels' Estimate of Trial Time: 2-3 days.

    C.     Counsel **SHALL** file a joint trial/hearing status statement no later than **February 20, 2017** indicating whether either party intends to present live testimony.

    D.     Counsels' attention is directed to Local Rules of Practice for the Eastern District of California, Rule 285.

## XIV.   Compliance with Federal Procedure

All counsel are expected to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of Practice of the Eastern District of California, and to keep abreast of any amendments thereto.  The Court must insist upon compliance with these Rules if it is to efficiently handle its increasing case load and sanctions will be imposed for failure to follow the Rules as provided

in both the Federal Rules of Civil Procedure and the Local Rules of Practice for the Eastern District of California.

### XV.  Effect of this Order

The foregoing order represents the best estimate of the court and counsel as to the agenda most suitable to dispose of this case. The trial date reserved is specifically reserved for this case. If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.

**The dates set in this Order are considered to be firm and will not be modified absent a showing of good cause even if the request to modify is made by stipulation. Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.**

Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **March 10, 2016**              /s/ Jennifer L. Thurston
                                               UNITED STATES MAGISTRATE JUDGE